DISMISS; Opinion filed August 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00690-CV
_____

**KIMBERLY ANN ANDERSON, Appellant**

**V.**

**RONALD WAYNE ANDERSON, Appellee**

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-51332-2012**

# MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Fillmore
Opinion By Justice Murphy

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer desires to pursue her appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

MARY MURPHY
JUSTICE

120690F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KIMBERLY ANN ANDERSON, Appellant

No. 05-12-00690-CV      V.

RONALD WAYNE ANDERSON, Appellee

Appeal from the 401st Judicial District Court of Collin County, Texas. (Tr.Ct.No. 401-51332-2012).
Opinion delivered by Justice Murphy, Justices FitzGerald and Fillmore, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Ronald Wayne Anderson, recover his costs of the appeal from appellant, Kimberly Ann Anderson.

Judgment entered August 28, 2012.

_____
MARY MURPHY
JUSTICE

# Record Retention Form – Civil Cases

APPELLATE CASE NO: 05-12-00690-CV

STYLE Kimberly Ann Anderson v. Ronald Wayne Anderson

COUNTY: Collin

CASE DISPOSITION & DATE: Dismiss

DESCRIPTION/SUBJECT OF THE CASE : Appeal dismissed on appellant's motion.

RECOMMENDATIONS: | x | DESTROY     |  | RETAIN (see retention list below)

|  |    Appeal concerning election questions (all).

|  |    Appeal concerning landmark legal opinions.

|  |    Appeal that contains unique information on the area's history or concerning important public figures or events.  List pertinent information above, i.e., person's name, or event, etc.

SIGNED: Mary Murphy

DATE: 8-28-2012          SERIES NO.: _____